FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 FEB 24 PM 4:55

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY A. WYNN,<br><br>Defendant. | 8:22CR28<br><br>INDICTMENT<br>26 U.S.C. § 5841<br>26 U.S.C. § 5861(d)<br>26 U.S.C. § 5871<br>18 U.S.C. § 844(d) |

The Grand Jury charges that

## COUNT I

On or about January 30, 2022, in the District of Nebraska, the defendant, RICKY A. WYNN, did knowingly possess a firearm, as defined by 26 U.S.C. § 5845(a), that is, a destructive device, also known as a Molotov cocktail, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT II

On or about January 30, 2022, in the District of Nebraska, the defendant, RICKY A. WYNN transported in interstate commerce, explosive materials, to wit: Molotov cocktail incendiary devices, with knowledge and intent that the said explosive materials would be used to kill, injure, and intimidate a person and to unlawfully damage and destroy a vehicle, real property, and personal property.

In violation of Title 18, United States Code, Section 844(d).

1

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
CHRISTOPHER L. FERRETTI
Assistant U.S. Attorney